# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    -vs-<br><br>DARTANYAN JUEL TURNER,<br><br>                    Defendant. | No.    2:08-CR-0150-WFN-1<br><br>ORDER DISMISSING<br>WITHOUT PREJUDICE |

Pending before the Court is the parties' joint Stipulation for Dismissal. ECF No. 87. Accordingly,

**IT IS ORDERED** that:

1. The Stipulated Motion, filed March 15, 2017, **ECF No. 87,** is **GRANTED.**

2. The pending Motion to Vacate, Set Aside, or Correct Sentence, filed May 23, 2016, **ECF No. 65**, is **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO CLOSE** the corresponding civil file, **2:16-CV-170-WFN**

                                         s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
03-16-17                      SENIOR UNITED STATES DISTRICT JUDGE