Report Date: August 2, 2018

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 02 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dartanyan Juel Turner | Case Number: 0980 2:08CR00150-WFN-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: July 18, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 17, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance.<br><br>**Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On July 19, 2017, Dartanyan Turner was provided the judgment and sentence for case number 2:08CR00150-WFN-1. Additionally, he signed said judgment indicating that he fully understood the conditions of his term of supervision. Specifically, that he not illegally possess a controlled substance, and that he refrain from any unlawful use of a controlled substance.<br><br>On August 1, 2018, the undersigned officer received notification and verification from the Spokane RRC, that Mr. Turner provided a urine specimen on July 10, 2018, that was confirmed positive for cocaine and Brenorphone (Suboxone). Additionally, he submitted urine specimens at the residential reentry center (RRC) on July 17, and 25, 2018, that were confirmed positive for Brenorphone (Suboxone). Of concern is the fact that the levels of |

said confirmed positive specimens, increased, which would indicate continued use of Suboxone. Mr. Turner does not have a prescription for Suboxone.

2 **Special Condition # 22:** You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence:** On June 21, 2018, Dartanyan Turner signed a waiver of hearing agreeing to the above modification of his conditions of supervision. He signed the agreement understanding that he must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. His participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. He shall abide by the rules and requirements of the facility.

On August 1, 2018, the undersigned officer was notified by the director of the Spokane RRC, that Mr.Tuner was being terminated from the facility for continued drug use while at the facility.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/02/2018

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/2/18

Date