FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-vs-<br><br>DARTANYAN JUEL TURNER<br><br>                Defendant. | Nos.  2:08-CR-00150-WFN-1<br>         2:08-CR-00173-WFN-7<br><br>ORDER QUASHING WARRANT<br><br>**US MARSHAL SERVICE ACTION REQUIRED** |

Pending before the Court is Defendant's Motion to Quash. ECF No. 144. Defendant requests that the warrant be quashed and converted to a summons. Despite some hiccups, he has made progress including securing employment and housing and worries that an arrest may cause him to lose ground. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Quash Warrant, filed March 6, 2019, 2:08-CR-0150-WFN-1 **ECF No. 144,** is **GRANTED**.

2. The pending warrants **in both case numbers are QUASHED**.

3. A summons shall be issued for an initial appearance before a Magistrate Judge.

4. Defendant's Motion to Expedite, filed March 7, 2019, 2:08-CR-0150-WFN-1 **ECF No. 145**, is **GRANTED**. The underlying Motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to:

- Counsel of record
- Magistrate Judge Rodgers

ORDER QUASHING WARRANT - 1

- United States Probation Officer Richard Law, and
- United States Marshal Service—**ACTION REQUIRED**

**DATED** this 7th day of March, 2019.

                                                   s/ Wm. Fremming Nielsen
                                                   WM. FREMMING NIELSEN
                                    SENIOR UNITED STATES DISTRICT JUDGE