PROB 12C
(6/16)

Report Date: March 1, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dartanyan J. Turner             Case Number: 0980 2:08CR00150-WFN-1

Address of Offender:             Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2009

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 120 months;          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Tim Ohms                    Date Supervision Commenced: July 18, 2017

Defense Attorney:      Lorinda Youngcourt          Date Supervision Expires: July 17, 2020

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/30/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On February 27, 2019, Dartanyan Turner was stopped by a Spokane County sheriff's deputy. Mr. Turner was cited for speeding, not having a valid operator's license, and operating a motor vehicle without insurance.<br><br>On July 19, 2017, Dartanyan Turner was provided the judgment and sentence for case numbers 2:08CR00150-WFN-1 and 2:08CR00173-WFN-7. Additionally, he signed said judgments indicating that he fully understood the conditions of his term of supervision. Specifically, that he not commit another federal, state, or local crime. |
| 6 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

Prob12C
**Re: Turner, Dartanyan J.**
**March 1, 2019**
**Page 2**

**Supporting Evidence**: On March 1, 2019, the undersigned officer was notified by Pioneer Counseling Services that Mr. Turner was being discharged unsuccessfully. The following notification was received regarding the defendant's discharge: " I am emailing you to let you know that as of today 3/1/2019, we will be discharging Dartanyan Turner from services due to his behavior. As you were previously informed, Dartanyan signed a Behavior contract on 2/21/2019 due to his behavior while previously in treatment with Pioneer and his continued negative behaviors such as sleeping in group. I have given Dartanyan more than ample opportunities to display appropriate behavior and stay awake during group. Today, when Dartanyan came into group, he expressed that he had to switch his shifts at work because he "is tired of listening to Richard's motherfucking ass and my (Amelia USPO CDP Lead)'s motherfucking ass about it." I told him that I am not going to tolerate him disrespecting me or talking to me that way. He continued taking his shoes off in group, and getting out his phone after being re-directed. During the break, he was told he may not return to group for disrespecting staff per Cory Bromley CDP.  After staffing the issue between Tanya, Clinical Supervisor, and me, we have decided to discharge Dartanyan unsuccessfully due to his behavior effective immediately. Therefore, he will not be let back into any services with Pioneer. If he chooses to attend treatment elsewhere, he may sign an ROI to request his records sent to another treatment facility. Furthermore, I will begin his discharge summary today, and have it completed and to you by next week. Please let me know if you have any questions.
Amelia Weaks
USPO CDP Lead "

On July 19, 2017, Dartanyan Turner was provided the judgment and sentence for case numbers 2:08CR00150-WFN-1 and 2:08CR00173-WFN-7. Additionally, he signed said judgments indicating that he fully understood the conditions of his term of supervision. Specifically, that he undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     March 1, 2019

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
**Re: Turner, Dartanyan J.**
**March 1, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

3/1/2019
_____
Date