# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Dartanyan J. Turner | Case Number: 0980 2:08CR00150-WFN-1 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2009

Original Offense:   Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: | July 18, 2017 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | July 17, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/30/2018, 03/01/2019, and 03/13/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 13, 2019, Dartnayan Turner committed the offense of resisting arrest. Specifically, he was given a lawful order by the United States Marshal Service to stop. However, he ran into a third party's residence, and attempted to conceal himself in a bedroom. After he was given multiple commands to exit the bedroom, he finally complied and was arrested. During the commission of this offense, Mr. Turner endangered his own life, and everyone else's life that was  present. His actions clearly demonstrated that he attempted to prevent clearly identified peace officers from lawfully arresting him. |
| | According to the Revised Code of Washington State 9A.76.040: A person is guilty of resisting arrest if he or she intentionally prevents or attempts to prevent a peace officer from lawfully arresting him or her. Resisting arrest is a misdemeanor and carries the maximum penalty of not more than 90 days imprisonment. |
| | On July 19, 2017, Dartanyan Turner was provided the judgment and sentence for case numbers 2:08CR00150-WFN-1 and 2:08CR00173-WFN-7.  Additionally, he signed said |

        judgments indicating that he fully understood the conditions of his term of supervision. Specifically, that he shall not commit another Federal, state, or local crime.

12      **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

        **Supporting Evidence**: On March 13, 2019, Dartanyan Turner was arrested in the presence of Shellbie Klins at her residence. Ms. Klins is a convicted felon, who is also on federal supervision. Dartanyan Turner was specifically advised by the undersigned officer on March 8, 2019, that he was not to associate with convicted felons, and Ms. Klins was specifically mentioned. Additionally, following his arrest on March 13, 2019, Mr. Turner acknowledged to the arresting deputies that he knew he was not supposed to associate with Ms. Klins.

        On July 19, 2017, Dartanyan Turner was provided the judgment and sentence for case numbers 2:08CR00150-WFN-1 and 2:08CR00173-WFN-7. Additionally, he signed said judgments indicating that he fully understood the conditions of his term of supervision. Specifically, that he not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/14/2019

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
**Re: Turner, Dartanyan J.**
**March 14, 2019**
**Page 3**

THE COURT ORDERS

- [ ]   No Action
- [ ]   The Issuance of a Warrant
- [ ]   The Issuance of a Summons
- [X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]   Defendant to appear before the Judge assigned to the case.
- [X]   Defendant to appear before the Magistrate Judge.
- [ ]   Other

_____
Signature of Judicial Officer

_____3/15/2019_____
Date